# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF **BRONX**, CRIMINAL TERM -- Part 17

---

THE PEOPLE OF THE STATE OF NEW YORK

        -against-

**JEFFERSON, SHAMAR**
                Defendant

ORDER

Ind. **1999-2014**

---

**ALVARADO, J.**

The motion of **Shamar Jefferson** to vacate judgment pursuant to C.P.L. 440.10(1)(h), having been received by this Court, and the petitioner having appeared through counsel, **Michael Alperstein, Esq.** on September 24, 2021, and the Bronx County District Attorney's Office, having consented to the relief requested, and the Court having heard the argument of counsel, and due deliberation having been had thereon, it is

1) ORDERED, ADJUDGED AND DECREED that the conviction of said petitioner on 5 February 2015 for P.L. 220.31 (and related counts under this indictment, if any), is vacated pursuant to C.P.L. § 440.10(1)(h) because the defendant was denied due process of law, violative of the New York State and the United States Constitutions; it is further

2) ORDERED, ADJUDGED AND DECREED that the indictment is dismissed, and the conviction of said petitioner is expunged from the criminal history of said petitioner.

DATED:    Bronx, New York
              September 24, 2021

                                                        Hon. Efrain Alvarado
                                                        A.J.S.C.

**HON. EFRAIN ALVARADO**